(October 19, 1961)

■ GARDEN CITY COUNTRY CLUB, INC., Respondent, v. A. E. ANGUS et al., Defendants, and ELLA S. CARRAGAN, as Executrix of SYDNEY B. CARRAGAN, Deceased, et al., Appellants.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of the Estate of ANGELINA COSCIA, Deceased. CONSTANTINE COSCIA et al., Appellants; DOMINICK COSCIA, Respondent.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ ARTHUR A. MARTIGNETTI, Respondent, v. JENNIE DE LANO, Appellant. — Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ OBEDIAH SOLOMON, Respondent, v. MICHAEL TERLIZZI, Appellant.—

Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of HILDTRUDE MOORE McCAMPBELL, for Admission to Practice as an Attorney (from the State of Missouri).— Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.